## Commonwealth *v.* Phillips et al., Appellant.

Argued September 12, 1966.

*Joseph P. Work,* with him *Smith, Smith & Work,* for appellant; *Ervin S. Fennell, Jr.,* Assistant District Attorney, with him *John K. Reilly, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Pinkett, Appellant.

Submitted September 12, 1966. *Luther Pinkett, Jr.,* appellant, in propria persona; *John M. Phelan* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.